**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Phillip James WILLIAMS, a/k/a D, a/k/a PJ, Defendant–Appellant.**

**No. 13–4615.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2014.

Decided: Feb. 18, 2014.

Russell Warren Mace, III, The Mace Firm, Myrtle Beach, South Carolina, for Appellant. William N. Nettles, United States Attorney, Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip James Williams appeals the district court's judgment in a criminal case pursuant to the Fair Sentencing Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See United States v. Williams*, 4:09–cr–00073–TLW–1 (D.S.C. Aug. 16, 2013); *see also* 18 U.S.C.

§ 3582(c) (2012); *United States v. Black,* 737 F.3d 280, 286–87 (4th Cir.2013); *United States v. Fraley,* 988 F.2d 4, 6–7 (4th Cir.1993); Fed.R.Crim.P. 35. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*